IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIE MARTY,

      Petitioner,                      No. CIV S-06-0512 FCD DAD P

    vs.

MICHAEL B. McPARTLAND[1],

      Respondent.                FINDINGS AND RECOMMENDATIONS

                          /

        Petitioner is a state prisoner proceeding pro se with a second amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his 1995 Sacramento County conviction. Petitioner has previously filed several federal habeas petitions challenging this conviction. See case No. CIV S-98-2179 FCD DAD P, case No. CIV S-99-0059 FCD DAD P, case No. CIV S-99-0315 FCD DAD P, case No. CIV S-99-1188 FCD DAD P, case No. CIV S-99-1572 FCD DAD P, case No. CIV S-99-2335 FCD DAD P, case No. CIV S-00-0717 FCD DAD P, case No. CIV S-00-1902 FCD DAD P, case No. CIV S-00-2460 FCD DAD P, and case No. CIV S-01-0921 FCD DAD P. Case No. CIV S-98-2179 and No. CIV S-99-0059 were all dismissed due to petitioner's failure to exhaust state court remedies. Case No. CIV S-99-0315,

---

[1] Petitioner has also not named a proper respondent. It appears that Mr. McPartland was petitioner's attorney in the underlying criminal case.

1

1   No. CIV S-99-1188, and No. CIV S-99-1572 were dismissed as duplicative of case No. CIV S-
2   99-0059 while the latter case was pending.  In case No. CIV S-99-2335, petitioner's second
3   amended habeas petition was dismissed as barred by the statute of limitations.  Cases No. CIV S-
4   00-0717 and No. CIV S-00-1902 were dismissed as duplicative of case No. CIV S-99-2335 while
5   the latter action was pending.  Cases No. CIV S-00-2460 and No. CIV S-01-0921 were dismissed
6   as second or successive petitions.

7   　　　　Petitioner continues to raise the same issues as in his earlier petitions, i.e.
8   ineffective assistance of counsel and misidentification of petitioner as the perpetrator of the
9   offense of conviction.  In light of the court's order in case No. CIV S-99-2335 dismissing the
10  petition as barred by the one-year statute of limitations, petitioner's pending petition is also
11  barred as untimely.  In addition, this is a successive petition.  As petitioner was advised in case
12  No. CIV S-01-0921, he must allege that he "mov[d] in the appropriate court of appeals for an
13  order authorizing the district court to consider" a second or successive petition, and that he
14  received such an order from the court of appeals.  28 U.S.C. § 2244(b)(3)(A).  Petitioner has not
15  done so.

16  　　　　Accordingly, IT IS HEREBY RECOMMENDED that:

17  　　　　1.  Petitioner's second amended petition for a writ of habeas corpus, filed on
18  October 10, 2006, be dismissed as untimely and as successive pursuant to 28 U.S.C. §§ 2244(d)
19  and 2244(b)(3); and

20  　　　　2.  This action be dismissed.

21  　　　　These findings and recommendations are submitted to the United States District
22  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
23  days after being served with these findings and recommendations, petitioner may file written
24  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
25  Findings and Recommendations."  Petitioner is advised that failure to file objections within the
26  /////

1  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
2  F.2d 1153 (9th Cir. 1991).
3  DATED: November 13, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mart0512.156