IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIE MARTY,

         Petitioner,                No. CIV S-06-0512 FCD DAD P

    vs.

MICHAEL B. McPARTLAND,

         Respondent.      <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a second amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 13, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations; however, he also requests an additional sixty-days to conduct further research for his objections and an order granting him preferred legal user status to access the law library.  The petitioner's requests will be denied as unnecessary.

/////

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

2 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the

3 entire file, the court finds the findings and recommendations to be supported by the record and

4 by proper analysis.

5    Accordingly, IT IS HEREBY ORDERED that:

6    1.  The findings and recommendations filed November 13, 2006, are adopted in

7 full;

8    2.  Petitioner's second amended petition for a writ of habeas corpus, filed on

9 October 10, 2006, is dismissed as untimely and as successive pursuant to 28 U.S.C. §§ 2244 (d)

10 and 2244(b)(3); and

11    3.  This action is dismissed.

12 DATED: December 4, 2006.

13

14 _____

15 FRANK C. DAMRELL, JR.

    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

                                    2