IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIE MARTY,

      Petitioner,               No. CIV S-06-0512 FCD DAD P

   vs.

MICHAEL B. McPARTLAND,

      Respondent.         ORDER

_____/

      This action was dismissed and judgment entered on December 4, 2006. On December 8, 2006, petitioner filed a document styled, "Objections To Magistrate Judge's Findings and Recommendations" which provides a list of statutes, Federal Rules of Civil Procedure, and court cases, but no explanation why the document was filed. Petitioner also attaches a letter which is confusing and vague.

      The court notes that petitioner previously filed objections to the court's November 13, 2006 findings and recommendations recommending that the second amended petition be dismissed as untimely and successive. Following a de novo review, the findings and recommendations were adopted by the court on December 4, 2006.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner's December 8, 2006
2  document styled, "Objections To Magistrate Judge's Findings and Recommendations," shall be
3  placed in the file and disregarded.
4  DATED: December 15, 2006.

                                        _____
                                        DALE A. DROZD
7  DAD:4                                UNITED STATES MAGISTRATE JUDGE
   mart0512.158